
FILED
FEB 21 2013

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,         ) Case No. 13CR675-DMS
                                  )
          Plaintiff,              ) I N F O R M A T I O N
                                  )
     v.                           ) Title 21, U.S.C., Secs. 952 and
                                  ) 960 - Importation of Cocaine and
STEPHANIE HERNANDEZ (1),          ) Methamphetamine (Felony);
DAISY SANCHEZ (2),                ) Title 18, U.S.C., Sec. 2 -
                                  ) Aiding and Abetting (Felony)
          Defendants.             )
_____)

The United States Attorney charges:

On or about January 23, 2013, within the Southern District of California, defendants STEPHANIE HERNANDEZ and DAISY SANCHEZ did knowingly and intentionally import 5 kilograms and more, to wit: approximately 14.42 kilograms (31.72 pounds) of Cocaine, and 500 grams and more, to wit: approximately 1.62 kilograms (3.56 pounds) of a mixture and substance containing a detectable amount of Methamphetamine, both Schedule II Controlled Substances, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960 and Title 18, United States Code, Section 2.

DATED: 2/21/13.

LAURA E. DUFFY
United States Attorney

D. BENJAMIN HOLLEY
Assistant U.S. Attorney

DBH:tld:San Diego
1/31/13